IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JAMES JOSEPH BROWN,

                 Petitioner,                     No. 03:13-cv-00774-HU

        v.

GARRETT LANEY,                        ORDER

                 Respondent.

HERNANDEZ, District Judge:

Magistrate Judge Hubel issued a Findings & Recommendation [24] on October 1, 2014, in which he recommends the Court deny Petitioner's Petition for Writ of Habeas Corpus. Petitioner has timely filed objections to the Findings & Recommendation. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

When any party objects to any portion of the Magistrate Judge's Findings & Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); Dawson v. Marshall, 561 F.3d 930, 932 (9th

1 - ORDER

Cir. 2009); United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

I have carefully considered Petitioner's objections and conclude there is no basis to modify the Findings & Recommendation. I have also reviewed the pertinent portions of the record *de novo* and find no other errors in the Magistrate Judge's Findings & Recommendation.

CONCLUSION

The Court ADOPTS Magistrate Judge Hubel's Findings & Recommendation [24], and therefore, Petitioner's Petition for Writ of Habeas Corpus [1] is denied.

IT IS SO ORDERED.

DATED this _____19_____ day of _____November_____, 2014.


_____
MARCO A. HERNANDEZ
United States District Judge

2 - ORDER